IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60217
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                          Plaintiff-Appellant,


                          versus

DENNIS R. PADEN,

                                          Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Mississippi
USDC No. 3:88CR00068LN
_____

August 8, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:*

     Dennis R. Paden, # 47044-079, challenges his conviction and

sentence on the basis that the district court lacked subject matter

jurisdiction.  The statute setting forth the offense to which he

pleaded guilty, 18 U.S.C. § 844(I), is not unconstitutional.  See

Russell v. United States, 471 U.S. 858 (1985); United States v.

     *Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

<u>Shively</u>, 927 F.2d 804, 807-09 (5th Cir.), <u>cert. denied</u>, 510 U.S. 1209 (1991).  The defendant's contention that the government manufactured or withheld evidence is frivolous.

APPEAL DISMISSED.  <u>See</u> 5th Cir. R. 42.2.